**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

| | | |
|---|---|---|
| **ADRIAN FASOLINO**, on behalf of himself and all others similarly situated,<br><br>Plaintiff<br><br>*versus*<br><br>**CLARITY DEBT RESOLUTION INC,** a California Corporation<br><br>Defendant,<br><br>**Wahib Mashni**<br><br>Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | **Civil Action No.: 3:24-CV-432-LS** |

**PLAINTIFF'S MOTION TO DISMISS WITH PREJUDICE AGAINST ALL DEFENDANTS**

The Plaintiff and Defendant Clarity Debt Resolution Inc., and Defendant Wahib Mashni (hereinafter "Defendants") have resolved their case. Plaintiff hereby requests the Court to dismiss the case against all named Defendants with prejudice.

Dated: January 15, 2025,

Respectfully Submitted,

The Darwich Law Firm, LLC
/Omar F. Darwich/
Omar F. Darwich
Tx Bar No. 24124686

6090 Surety Dr., #305
El Paso, TX 79905

(915) 671-2221
omar@darwichlegal.com

**ATTORNEY FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

I hereby certify by my signature below that on January 15, 2025, I caused a true copy of the foregoing, **PLAINTIFF'S MOTION TO DISMISS WITH PREJUDICE** to be served via electronic mail on all counsel of record.

/s/ Omar F. Darwich