**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

| | | |
|---|---|---|
| **ADRIAN FASOLINO**, on behalf of himself and all others similarly situated,<br><br>Plaintiff<br><br>*versus*<br><br>**CLARITY DEBT RESOLUTION INC,** a California Corporation<br><br>Defendant,<br><br>**Wahib Mashni**<br><br>Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | **Civil Action No.: 3:24-CV-432-LS** |

**ORDER DISMISSING COMPLAINT WITH PREJUDICE**

Upon consideration of Plaintiff's Motion to Dismiss with Prejudice, the Court **DISMISSES** this action with prejudice against all Defendants. In connection therewith, the Clerk's Office shall **CLOSE** the case.

**SO ORDERED**

**SIGNED** and **ENTERED** on January ____, 2025.

________________________________
**JUDGE LEON SCHYDLOWER**
**UNITED STATES DISTRICT JUDGE**