IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| **ADRIAN FASOLINO**, on behalf of himself and all others similarly situated,<br><br>Plaintiff<br><br>*versus*<br><br>**CLARITY DEBT RESOLUTION INC,** a California Corporation<br><br>Defendant. | § § § § § § § § § § § § § § § | **Civil Action No.: 3:24-CV-432-LS** |

## PLAINTIFF'S FIRST AMENDED MOTION TO DISMISS WITH PREJUDICE AGAINST DEFENDANT

The Plaintiff and Defendant Clarity Debt Resolution Inc. have resolved their case. Plaintiff hereby requests the Court to dismiss the case against Defendant with prejudice.

Dated: January 16, 2025,

                                                                                Respectfully Submitted,

                                                                                The Darwich Law Firm, LLC
                                                                                /Omar F. Darwich/ _____
                                                                               Omar F. Darwich
                                                                               Tx Bar No. 24124686

                                                                               6090 Surety Dr., #305
                                                                               El Paso, TX 79905

                                                                               (915) 671-2221
                                                                               omar@darwichlegal.com

                                                                               **ATTORNEY FOR PLAINTIFF**

## **CERTIFICATE OF SERVICE**

  I hereby certify by my signature below that on January 16, 2025, I caused a true copy of the foregoing, **PLAINTIFF'S MOTION TO DISMISS WITH PREJUDICE** to be served via electronic mail on all counsel of record.

          _/s/ Omar F. Darwich_