## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## EL PASO DIVISION

| | | |
|---|---|---|
| ADRIAN FASOLINO, ON BEHALF OF HIMSELF AND ALL OTHERS SIMILARLY SITUATED; | § § § § | |
| *Plaintiff,* | § | No. 3:24-CV-00432-LS |
| | § | |
| v. | § | |
| | § | |
| CLARITY DEBT RESOLUTION INC., A CALIFORNIA CORPORATION; | § § § § | |
| *Defendant.* | § | |

## **FINAL JUDGMENT**

Consistent with its Order entered today and Federal Rule of Civil Procedure 58, the Court enters this Final Judgment and dismisses this case with prejudice. The Clerk shall **CLOSE** the case.

**SO ORDERED**.

**SIGNED** and **ENTERED** on January 17, 2025.

_____
**LEON SCHYDLOWER**
**UNITED STATES DISTRICT JUDGE**